THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER F. THORPE, Appellant.— Judgment of conviction and order affirmed. All concur.

JOHN J. LITTLE, Respondent, v. ALFRED J. HILDER, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of CHARLES P. SEELEY, as Sheriff of the County of Seneca, for a Writ of Mandamus to GEORGE T. PURCELL, as County Clerk of Said County.— Order affirmed, without costs, as a matter of law and not in the exercise of any discretion. All concur.

ROCHESTER COMMERCIAL PROPERTIES, INC., Respondent, v. JOHN L. GEORGER, Appellant.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

MICHAEL NOON, Respondent, v. WALKER D. HINES, Director-General of Railroads, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that there is no evidence to show that the Central New York and Southern Railroad Company, which employed plaintiff, was one of the roads whose employees were affected by the Director-General's general order No. 27 on which plaintiff relies. On the contrary, from said general order it appears that it did not apply to employees of said railroad.* All concur, Kruse, P. J., not sitting.

UTICA PAINT & GLASS CO., INC., Respondent, v. CHARLES H. YATES, Appellant.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

WILLIAM E. KELSEY and Another, Respondents, v. HENRY LEIGH, Defendant, Impleaded with FRANK C. BATTAGLIA, Appellant.— Judgment affirmed, with costs. All concur, Kruse, P. J., not sitting.

ANTHONY BUSCAGLIA and Others, a Copartnership, Doing Business under the Name A. & C. BUSCAGLIA Co., Respondents, v. WILLIAM A. CAMP and Another, a Copartnership, Doing Business under the Name WILLIAM A. CAMP & Co., Appellants.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

MARY MCGLYNN, as Administratrix, etc., of MARGARET MCGLYNN, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY and Others, Appellants.— Judgment and order affirmed, with costs. All concur, Kruse, P. J., not sitting.

---

* See Official U. S. Bulletin, May 29, 1918, vol. 2, No. 322, p. 10 et seq.— [REP,